IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 2 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01416-BNB

LUIS ECHEMENDIA DIAZ,

Applicant,

v.

MICHAEL ARELLANO, and
JOHN SUTHERS, Attorney General of the State of Colorado,

Respondents.

---

ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS

---

Applicant is a prisoner in the custody of the Colorado Department of Corrections at the Colorado Territorial Correctional Facility at Cañon City, Colorado. Applicant has filed *pro se* a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Applicant is challenging the validity of his conviction in Denver District Court case number 94-CR-3085. For the reasons stated below, the application will be transferred to the United States Court of Appeals for the Tenth Circuit. The *in forma pauperis* motion will be granted.

Applicant previously has sought habeas corpus relief in this Court pursuant to 28 U.S.C. § 2254. *See Echemendia v. Furlong*, No. 01-cv-01435-EWN-MJW (D. Colo. Sept. 20, 2002), *appeal dismissed*, No. 02-1515 (10th Cir. Apr. 16, 2004). In 01-cv-01435-EWN-MJW, Applicant challenged the validity of the same state court conviction he is challenging in the instant action. The habeas corpus application in 01-cv-01435-

EWN-MJW was denied as barred by the one-year limitation period in 28 U.S.C. § 2244(d). Therefore, the instant application is a second or successive application.

Pursuant to 28 U.S.C. § 2244(b)(3), Applicant must apply to the United States Court of Appeals for the Tenth Circuit for an order authorizing this Court to consider his second or successive application. Applicant does not allege that he has obtained the necessary authorization from the Tenth Circuit. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631. *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is granted. It is

FURTHER ORDERED that the clerk of this Court transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631.

DATED at Denver, Colorado, this 2 day of Aug, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01416-BNB

Luis Echemendia Diaz
Doc# 84886
CTCF
PO Box 1010
Canon City, CO 81215

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/2/7

GREGORY C. LANGHAM, CLERK

By: _____ angie _____
Deputy Clerk