# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 1 2007

GREGORY C. LANGHAM
CLERK

August 21, 2007

NOTIFICATION OF MAILING

Re:   07-1338, In Re Echemedia Diaz v. -
      Dist/Ag docket: 07-cv-01416-BNB,

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL THIS DATE, ADDRESSED AS FOLLOWS:

Luis Echemendia Diaz
Colorado Territorial Correctional Facility
# 84886
P.O. Box 1010
Canon City, CO 81212

Mr. John W. Suthers
Attorney General
State of Colorado
Department of Law
1525 Sherman Street, 5th Floor
Denver, CO 80203

DEPUTY CLERK

# UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

**Elisabeth A. Shumaker**
Clerk of Court

**Douglas E. Cressler**
Chief Deputy Clerk

August 21, 2007

Mr. Luis Echemendia Diaz
Reg. No. 84886
Colorado Territorial Correctional Facility
P.O. Box 1010
Canon City, CO 81212

    Re:    No. 07-1338, *In re Diaz*
           Dist. Ct. Case No. 07-cv-01416-BNB

Dear Mr. Diaz:

    Under 28 U.S.C. § 2244(b)(3), authorization must be obtained from this court before a "second or successive" § 2254 petition can be filed in the district court. The district court has transferred this matter to this court pursuant to *Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam), because you did not seek prior authorization from this court before filing what the district court has construed to be a "second or successive" § 2254 petition.

    To obtain authorization, you must satisfy the requirements set forth in 28 U.S.C. § 2244(b). We have enclosed a **Motion for Authorization** to file a "second or successive" § 2254 motion with instructions. If you wish to seek authorization to file a second or successive § 2254 motion, **you must complete and file** with this court a **Motion for Authorization.**

If you think that the district court should not have construed your filing as a "second or successive" § 2254 petition, or if you think you otherwise do not have to meet the requirements of 28 U.S.C. § 2244(b), **you may file a Motion for Remand** to the district court. In that motion you should explain why your district court filing should not be treated as a "second or successive" § 2254 petition or does not otherwise require authorization under § 2244(b)(3).

You **must file** a Motion for Authorization and/or a Motion for Remand within **30 days** after the date of this letter, or an order may be entered dismissing the matter.

An original and one copy of the Motion for Authorization and/or Motion for Remand *must be mailed* to:

> United States Court of Appeals for the Tenth Circuit
> Office of the Clerk
> Byron White United States Courthouse
> 1823 Stout Street
> Denver, Colorado 80257

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: /s/
Deputy Clerk

cc: Mr. John Suthers, Colorado Attorney General
Mr. Gregory C. Langham, Clerk

Encl. (form to file Motion for Authorization with instructions)